UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICKY OWENS,                                    :      18 Civ. 11638 (PGG) (RWL)

                Petitioner,   :

                               :

      - against -                                 :      **ORDER**

                               :

WILLIAM KEYSER,                            :

                               :

                Respondent. :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       In reviewing the parties' briefing (Dkt. 2, 13), it has become clear to the Court that the 591-page state court transcript filed on October 25, 2019 is missing portions of the trial and sentencing to which Respondents repeatedly cite. (*See, e.g.,* Dkt. 13 at 17 (citing Tr. at 605); 27 (citing Tr. at 606-07, 612); 28 (citing Tr. at 616, 618-19); 28 (citing Tr. at 619-20).) By June 11, 2020, Respondents are directed to file all pages of the state court transcript that follow page 591.

       Within three (3) days of the date of this order, counsel shall mail a copy of this order to Petitioner Owens and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

                                      SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: June 5, 2020
       New York, New York