```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RICKY OWENS,                                                       :
                                                                   :
                            Petitioner,                            :
                                                                   :           18-CV-11638 (JPC)
            -v-                                                    :
                                                                   :           NOTICE OF
WILLIAM KEYSER,                                                    :           REASSIGNMENT
                                                                   :
                            Respondent.                            :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants (that is, litigants without counsel), which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

      The Court notes that it is in receipt of the Honorable Robert W. Lehrburger's Report and Recommendation dated September 25, 2020 (Dkt. 20).

      The Clerk of the Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

      SO ORDERED.

Dated: October 23, 2020
       New York, New York
                                                JOHN P. CRONAN
                                             United States District Judge