**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICKY OWENS,

                    Petitioner,                    18 **CIVIL** 11638 (JPC)(RWL)

        -against-                             **JUDGMENT**

WILLIAM KEYSER,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 13, 2021, the Court has adopted the Report and Recommendation in its entirety and Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
         May 13, 2021

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                            **Clerk of Court**
                      **BY:**    *K. Mango*
                                                           _____
                                                            **Deputy Clerk**